UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:00CR69(AHN) |
| | : | CIV. NO. 3:04CV1383(AHN) |
| | : | |
| v. | : | |
| | : | APRIL 13, 2005 |
| | : | |
| CLINTON COX | : | |

## **NOTICE**

By pro se pleading entitled "Notice of Judicial Cognizance" ("Notice") filed February 8, 2005, Clinton Cox (the "defendant") informed the Court of the decision by the United States Supreme Court in United States v. Booker, 125 S. Ct. 738 (2005), and requested that the Court grant his habeas corpus petition.

On April 8, 2005, the Second Circuit held that Booker does not apply retroactively to cases on collateral review where a defendant's conviction was final as of January 12, 2005, the date on which the Supreme Court issued Booker.  See Guzman v. United States, (2d Cir.  April 8, 2005)(copy attached).  Such is the case here.

The Government thus respectfully requests that the Court

summarily dismiss the defendant's amended petition.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  JAMES J. FINNERTY
                                  ASSISTANT UNITED STATES ATTORNEY
                                  United States Attorney's Office
                                  United States Courthouse
                                  915 Lafayette Boulevard
                                  Bridgeport, CT 06604
                                  Tel: (203) 696-3000
                                  Federal Bar No. CT15203

## CERTIFICATION OF SERVICE

     This is to certify that a copy of the foregoing has been mailed via First Class Mail, postage prepaid, on April 14, 2005 to:

Clinton D. Cox
Inmate No. 13883-014
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                  _____
                                  JAMES J. FINNERTY
                                  ASSISTANT UNITED STATES ATTORNEY