FILED AT    BRIDGEPORT

JAN 26 2006

Jan 18, 2006

Sir, Honorable Judge Nevas

3:00 CR 69 (AHN)

     I write this letter to you as if, I stand before your Honorable Court today. Well, Sir to be honest with you. The reason why, I write you this letter is to fine out. The out come of my Rule 33 motion that is still pending before the Honorable Court today. Sir to this date of Jan 18, 2006 the Government has yet to file its response pursuant to this Honorable Court's Order, date April 16, 2004. Accordingly, since the Government has failed to file any reply paper's pursuant to the aforementioned Court's Order, dated April 16, 2004. Sir, I only ask the Honorable Court respectfully at this time to grant me a evidentiary hearing on this matter in the interests of justice and fundametal fairness.

Relief Sought Respectfully

Clinton D Cox

Clinton D. Cox # 13883-014
U.S.P.
P.O. Box 1000
Lewisburg PA
17837