UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIM. NO. 3:00CR69(AHN) |
|---|---|---|
| | : | CIV. NO. 3:04CV1383(AHN) |
| | : | |
| v. | : | |
| | : | |
| | : | February 6, 2006 |
| CLINTON COX | : | |

## NOTICE

    In a letter dated January 18, 2006, Clinton Cox (the "defendant") correctly notes that the Government has not filed a reply memorandum to the defendant's response to the Court's Order dated April 16, 2004.

    On April 16, 2004, the Court ordered the defendant to show cause why his motion should not be denied "summarily in light of the substantial evidence submitted by the government establishing that the defendant submitted a fraudulent document to this court in support of his motion." It then ordered the defendant to file a response by June 15, 2004 and the Government to file "any reply" by July 15, 2004.

    The defendant subsequently filed a response reiterating his previously filed pleadings and failing to address the evidence demonstrating that he attempted to defraud the Court. Because the defendant did not address the Government's evidence or arguments contained in its memoranda dated February 6, 2004 and April 13, 2004 and merely regurgitated his previous claims, the Government did not file a reply memoranda.

Given the defendant's failure to comply with the Court's Order dated April 16, 2004 and in light of the evidence contained in the Government's filings dated February 6, 2004 and April 13, 2004, the Government respectfully requests that the Court summarily deny the defendant's motion pursuant to Rule 33.

                                Respectfully submitted,

                                KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY


                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY
                                United States Attorney's Office
                                United States Courthouse
                                915 Lafayette Boulevard
                                Bridgeport, CT 06604
                                Tel: (203) 696-3000
                                Federal Bar No. CT15203


**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing has been mailed via First Class Mail, postage prepaid, on February 6, 2006 to:

Clinton D. Cox
Inmate No. 13883-014
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                _____
                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY