UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLINTON COX,                  :
          Petitioner,         :
                              :    Crim. No. 3:00cr69 (AHN)
v.                            :    Civ. No. 3:04cv1383 (AHN)
                              :
UNITED STATES OF AMERICA,     :
          Respondent.         :

<u>RULING ON MOTION TO RECONSIDER</u>

On February 15, 2006, this court denied [doc # 235] petitioner Clinton Cox's ("Cox") motions for a new trial under Fed. R. Crim P. 33 and petition for a writ of audita querela. Cox now moves for the court to reconsider its denial of the writ of audita querela.  The court GRANTS Cox's motion [doc # 237], and after consideration of Cox's arguments, adheres to its earlier ruling denying the petition for a writ of audita querela.

So ordered this 26th day of April, 2006, at Bridgeport, Connecticut.


_____/s/_____

Alan H. Nevas,
United States District Judge