NOTICE OF APPEAL

**FILED**
2006 MAY 16  A 8:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
_____ DISTRICT OF Connecticut _____

Clinton Cox

v.

United States

NOTICE OF APPEAL
3:00Cr-69 and
3:04Cv-1383.
Docket No.

Notice is hereby given that __Clinton Cox_____
(party)

hereby appeals to the United States Court of Appeals for the 2nd   Circuit from the

decision (describe it) , denying petitioner's Petition for Writ of Audita Querela.

entered in this action on the __26th__ day of __April__, 20 __06__.

_____
Signature

Clinton Cox
Printed Name

USP-Lewisburg, P.O. Box 1000
Address

Lewisburg, PA. 17837-1000

Date: May 7th, 2006