UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLINTON COX,                         Case No. 3:00-CR-0069(AHN)

    Petitioner:                  Civil Action No. 3:04-CV-1383(AHN)

v.

UNITED STATES OF AMERICA,

    Respondent:

### MOTION TO STAY OR HOLD CASE IN ABEYANCE

Now comes, the Petitioner, Clinton Cox, pro-se (Hereinafter, "Petitioner") in the above entitled case and hereby respectfully submits the instant motion to stay or hold motion filed under 28 U.S.C. § 2255 in abeyance. In support thereof, it is stated:

1). On or about August 9, 2004, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 in this Court.

2). In his § 2255 motion Petitioner asserted three grounds for relief, including that **Blakely v. Washington**, 542 U.S. 296, 159 L.Ed.2d 403 (2004). In a reply, the Government contended that **Blakely** does not afford relief to petitioners on collateral attack. (See, Government's Response to "Notice of Judicial Cognizance," dated on February 15, 2005).

3). The Second Circuit has held that the decision in **Blakely** does apply to cases on collateral review. **Green v. United States**, 397 F.3d 101 (2nd Cir. 2005).

4). Recently, the Supreme Court has granted certiorari in **Burton v. Waddington**, U.S., No. 05-9222, (cert. granted 6/5/06) to decide whether **Blakely** is retroactive on collateral review.

5). The [forth-coming] decision in **Burton v. Waddington** will control the resolution of the Petitioner's pending case, and it will serve to clarify the scope of review in this matter. Therefore, Petitioner's case should be held in abeyance until The Supreme Court decides **Burton v. Waddington**.

6). Finally, in the interest of judicial economy this request should be granted because it will foreclose any further litigation of the instant matter.

## Conclusion

For the above stated reasons, Petitioner requests that this Honorable Court stay or hold in abeyance the pending § 2255 motion.

Respectfully submitted,

_____
CLINTON COX, PRO-SE LITIGANT

7, 5, 06

# CERTIFICATE OF SERVICE

I, __Clinton Cox, pro-se_____, hereby certify that I have served a true and correct copy of the foregoing:

"Motion to Stay or Hold in Abeyance"

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

*James J. Finnerty*
U.S. Attorney's Office
U.S. Courthouse
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __5th__ day of __July__, 2006

Respectfully Submitted,

*[signature]*
CLINTON COX, PRO SE

REG. NO. __13883-014__

7, 5, 06