```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :    CRIM. NO. 3:00CR69(AHN)
                            :    CIV. NO. 3:04CV1383(AHN)
                            :
     v.                     :
                            :
                            :    July 12, 2006
CLINTON COX                 :
```

**RESPONSE TO DEFENDANT'S MOTION
TO STAY OR HOLD CASE IN ABEYANCE**

On approximately July 5, 2006, the defendant filed a motion requesting that the Court stay its consideration of his petition pursuant to 28 U.S.C. § 2255 in light of the Supreme Court's grant of certiorari in a case involving the question whether Blakely v. Washington, 542 U.S. 296 (2004) applies retroactively to cases pending on collateral review. The Government takes no position on that motion.

The Government does note, however, that, contrary to the statement in the defendant's motion, the Second Circuit has not held that Blakely applies to cases on collateral review. In fact, Green v. United States, 397 F.3d 101, 103 (2d Cir. 2005), to which the defendant cites in support of his statement, explicitly states that "neither Booker nor Blakely apply retroactively to Green's collateral challenge. Accordingly, Green's application to file a second or successive Section 2255 petition is denied." Id.; see also Carmona v. United States, 390 F.3d 200, 202 (2d Cir.

2004)(rejecting retroactive application of <u>Blakely</u> to second or successive petitions).

                                Respectfully submitted,

                                KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY

                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY
                                United States Attorney's Office
                                United States Courthouse
                                915 Lafayette Boulevard
                                Bridgeport, CT 06604
                                Tel: (203) 696-3000
                                Federal Bar No. CT15203

                     **CERTIFICATION OF SERVICE**

     This is to certify that a copy of the foregoing has been mailed via First Class Mail, postage prepaid, on July 12, 2006 to:

Clinton D. Cox
Inmate No. 13883-014
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                _____
                                JAMES J. FINNERTY
                                ASSISTANT UNITED STATES ATTORNEY