UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

2006 OCT 25 P 12: 1

U.S. DISTRICT COURT
NEW HAVEN, CT

DCCT/NHCT
00 cr 69
Nevas

Date:                  10/10/06
Docket Number:         06-2374-cr
Short Title:           USA v. Cox
DC Docket Number:      00-cr-69
DC:                    CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Alan Nevas

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of OCTOBER, two thousand six.

Clinton Cox,

   Defendant-Appellant,

v.

USA,

   Plaintiff-Appellee.



   A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

   Upon consideration of the appeal defendant-appellant, Clinton Cox, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

   This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by ECA

For the Court,
Roseann B. MacKechnie, Clerk

ECA

By: Eddie Andino
Deputy Clerk

Certified    OCT 10 2006