**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of Jan. two thousand seven,

Present:

      Hon. Pierre N. Leval,
      Hon. Chester J. Straub,
      Hon. Richard C. Wesley,
          *Circuit Judges.*



---

Clinton Cox,

          Plaintiff-Appellant,

      v.                                06-1182-cr

Willie Grant,

          Defendant,

United States of America,

          Defendant-Appellee.

---

Appellant, pro se, moves for in forma pauperis status in his appeal from the district court's order denying his two Fed. R. Crim. P. 33 motions for a new trial and motion for a writ of audita querela. Upon due consideration, it is ORDERED that the motion is denied and the appeal is dismissed because it lacks an arguable basis in fact or law. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

      FOR THE COURT:
      Thomas Asreen, Acting Clerk

      By: *Lucille Carr*

JAN 18 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk

DEPUTY CLERK

Issued as Mandate    MAR 20 2007