NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF Connecticut

FILED 2007 MAY 29 P 3:09

Clinton Cox,
    Petitioner,

v.

United States

NOTICE OF APPEAL

3:04-CV-1383

Docket No.

Notice is hereby given that __Clinton Cox__
(party)

hereby appeals to the United States Court of Appeals for the 2nd Circuit from the decision (describe it) denying Petitioner's section 2255 motion and his motion to Alter or Amend Judgment.

entered in this action on the 24 day of January, 20 07, and received on May 22nd, 2007.

_____
Signature

Clinton Cox
Printed Name
USP-Lewisburg
P.O. Box 1000
Address
Lewisburg, PA. 17837-1000

Date: May 22nd, 2007