## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        v.　　　　　　　　　　**APPEARANCE**

                              CASE NO.: 3:00CR00069(AHN)

CLINTON COX

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

                         CLINTON COX

Date:  May 21, 2008　　　　　　　　/s/
　　　　　　　　　　　　　　　　　*Signature*

Bar No.: ct25379　　　　　　　　Sarah A. L. Merriam
　　　　　　　　　　　　　　　　　*Print Name*

　　　　　　　　　　　　　　　　　FEDERAL DEFENDER OFFICE
　　　　　　　　　　　　　　　　　*Firm Name*

　　　　　　　　　　　　　　　　　265 Church Street, Suite 702
　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　New Haven,　　CT　　06510
　　　　　　　　　　　　　　　　　*City　　　　　State　　Zip Code*

　　　　　　　　　　　　　　　　　(203) 498-4200
　　　　　　　　　　　　　　　　　*Phone Number*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 21, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Sarah A. L. Merriam