UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
::
UNITED STATES OF AMERICA           :    Case No. 3:00CR00069(AHN)
::
v.                                 :
::
CLINTON COX                        :    May 21, 2008
::
---------------------------------------------------------x

## MOTION FOR RECONSIDERATION

The defendant, Clinton Cox, hereby requests that the Court reconsider its ruling of May 13, 2008, denying his pro se motion to amend the judgment in his case pursuant to 18 U.S.C. § 3582(c)(2).

Undersigned counsel recently received authorization from Mr. Cox to appear on his behalf in connection with his motion for reduction in sentence. Upon receiving authorization from Mr. Cox, counsel promptly began to collect the information necessary to respond to the Government's memorandum in opposition to any reduction. However, at the time the Court issued its order, counsel had not yet been able to complete her analysis of this matter and file an appropriate response. Prior to the Court's ruling, the defendant intended to seek the Court's permission to file a response through counsel to the Government's submission on or before July 1, 2008. To date, the defendant has only appeared pro se in connection with this motion, and the defendant and his undersigned counsel believe he requires the assistance of counsel to adequately pursue his motion.[1]

---

[1] The Second Circuit has recently suggested that defendants have a right to counsel in § 3582 proceedings. See United States v. Regalado, 518 F.3d 143, 151 (2d Cir. 2008) ("To invoke the district courts' jurisdiction, defendants should move for modification of their sentences pursuant to 18 U.S.C. § 3582(c)(2) in the district courts. (Assistance under the Criminal Justice Act can be expected to be available for such motions.)").

Because counsel has not had the opportunity to file a response to the Government's submission, the defendant requests that the Court permit counsel to file a memorandum in support of the defendant's pro se motion on or before July 1, 2008.

Respectfully submitted,

The Defendant,
Clinton Cox

Thomas G. Dennis
Federal Defender

Dated: May 21, 2008

_____/s/_____
Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Bar No. ct25379
Phone: 203-498-4200
Fax: 203-498-4207
Email: sarah_merriam@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 21, 2008, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Sarah A. L. Merriam