UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:00CR69(AHN) |
| | : | |
| JASON COX | : | JUNE 3, 2008 |

**GOVERNMENT'S MOTION TO ENLARGE TIME TO FILE RESPONSE TO MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)**

On April 25, 2008, this Court ordered that the Government respond to the pro se petitioner's motion seeking relief pursuant to 18 U.S.C. §3582(c) on or before June 9, 2008. The Government respectfully requests an initial enlargement of time of 30 days, up to and including July 9, 2008, to file its response to the Court's order to show cause. The additional time is requested so that the undersigned may review the presentence report which has been requested but not yet received, and may also consult with Probation and Bureau of Prison officials before filing a response for the Court's consideration. The position of the petitioner regarding this motion is unknown.

        Respectfully submitted,

        NORA R. DANNEHY
        ACTING UNITED STATES ATTORNEY

        _____

        WILLIAM M. BROWN, JR.
        ASSISTANT U.S. ATTORNEY
        UNITED STATES ATTORNEY'S OFFICE
        915 LAFAYETTE BLVD, RM 309
        BRIDGEPORT, CT 06604
        Telephone: (203) 696-3000
        FEDERAL BAR NO. ct20813
        E-mail: william.m.brown@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 3RD day of June, 2008, I caused a copy of the foregoing Response to be sent by first-class mail, postage prepaid, to the following:

    Jason Cox
    Prisoner No.40224-050
    U.S. PENITENTIARY POLLOCK
    P.O. BOX 2099
    POLLOCK, LA 71467

    Robert E. Bouffard
    U.S. Probation Officer
    157 Church Street, 22nd Floor
    New Haven, CT 06510

    WILLIAM M. BROWN, JR.
    ASSISTANT UNITED STATES ATTORNEY