NOTICE OF APPEAL

**FILED**

\* \* \* \* \* \* \* \* \* \*

2008 JUN -2 P 12: 27

UNITED STATES DISTRICT COURT
FOR THE
_____DISTRICT OF_ CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Clinton Cox,
Petitioner

vs.

United States
of America,
Respondent

NOTICE OF APPEAL

3:00-cr-00069(AHN)
Docket No.

Notice is hereby given that _____CLINTON COX_____
(party)

hereby appeals to the United States Court of Appeals for the 2nd Circuit from the decision (describe it): That his Motion for a Reduction of Sentence was denied. (i.e. 18 U.S.C. § 3582(c)(2)).

entered in this action on the __12__ day of __May__, 2008.

_____
Signature

_Clinton Cox_
Printed Name

_U.S.P. Lewisburg, P.O. Box 1000_
Address

_Lewisburg, PA. 17837_

Date: 25 May 2008