UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 JUN 23 P 1:20
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Clinton Cox,                )
    Petitioner              )
                            )
vs                          )    Crim. No. :  3:00CR69 (AHN)
                            )    Civil No. :
UNITED STATES OF AMERICA,   )
    Respondent              )

## MOTION FOR RELIEF FROM JUDGEMENT UNDER 28 U.S.C. § 1651 AND FEDERAL RULES OF CIVIL PROCEDURE, RULE 60(b)

Please take notice that upon the annexed declaration sworn on the 15th day of June, 2008 (and documents attached thereto), and upon the accusatory instrument and all other papers filed and proceedings had herein, Clinton Cox -hereinafter referred to as "Petitioner"- respectfully moves this Honorable Court in the district of Connecticut, at the Federal Bldg. and U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, CT. 06604, to address this motion on the 15th day of July, 2008, and grant the relief that this Court deems Just and Proper.

Respectfully Submitted,

_____  6-18-08
Clinton Cox, Pro-se
Reg. No. 13883-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

1