**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2008 JUN 27 A 11: 12

U.S. DISTRICT COURT

------------------------------------------------x
UNITED STATES OF AMERICA          :    CRIMINAL NO. 3:00CR00069(AHN)
                                  :    (Court of Appeals Doc. No. 08-2830-cr)
v.                                :
                                  :
CLINTON COX                       :    June 26, 2008
------------------------------------------------x

### INDEX TO RECORD ON APPEAL

<u>**Volume I**</u>                                                              <u>**Document No.**</u>

1. Indictment (Date filed 4/4/2000)                                            1
2. CJA 20 as to Clinton Cox (Date filed 5/30/2000)                             17
3. Motion by Clinton Cox for Competency Hearing (Date filed 6/21/2000)         22
4. Order granting [22-1] motion for Competency Hearing (Date filed 7/21/2000)  33
5. Superseding Indictment as to Clinton Cox (Date filed 8/1/2000)              41
6. Information To Establish Prior Convictions as to Clinton Cox
   (Date filed 8/28/2000)                                                      34
7. Verdict Form (Date filed 1/23/2001)                                         117
8. Order Committing the Defendant to the custody of the Bureau of Prisons for
   a Psychiatric/Psychological Evaluation to aid the court in sentencing
   Clinton Cox (Date filed 5/17/2001)                                          145
9. Sentencing memorandum by USA as to Clinton Cox (Date filed 9/10/2001)       168
10. Transcript of Sentencing Hearing on 9/12/2001 (Date filed 7/10/2002)       190
11. Motion for Retroactive Application of Sentencing Guidelines to Crack
    Cocaine Offenses 18 USC 3582 by Clinton Cox (Date filed 3/10/2008)         280
12. Response to Motion to Reduce Sentence Pursuant to 18 USC 3582(c) by USA
    as to Clinton Cox (Date filed 3/31/2008)                                   282
13. Objection by Clinton Cox re 282 Document re Reduction of Sentence re: Crack

|  |  |  |
|---|---|---|
|  | Cocaine Offense (Date filed 4/25/2008) | 286 |
| 14. | Ruling Denying as to Clinton Cox re 280 Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Date filed 5/13/2008) | 289 |
| 15. | Motion To Reconsider re 289 Order re: Crack Cocaine Offense - 18:3582 by Clinton Cox (Date filed 5/21/2008) | 292 |
| 16. | Order Granting 292 Motion To Reconsider re 289 Ruling as to Clinton Cox (Date filed 5/22/2008) | 293 |
| 17. | Notice of Appeal by Clinton Cox re 289 Order re Crack Cocaine Offense (Date filed 6/2/2008) | 299 |
| 18. | Motion for Reconsideration of denial of 18:3582 Motion re 280 Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582, 289 Order re: Crack Cocaine offense (Date filed 6/2/2008) | 300 |
| 19. | Memorandum in Support of Motion To Amend Judgment by Clinton Cox re 280 Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Date filed 6/24/2008) | 302 |
| 20. | Clerk's Certificate | A |

Respectfully submitted,

THE DEFENDANT,
Clinton Cox

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: June 26, 2008

Sarah A. L. Merriam
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT  06510
Phone: 203-498-4200
Fax: 203-498-4207
Bar No.: ct25379
Email: sarah_merriam@fd.org

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Index to Record on Appeal been sent by United States Mail to Felice Duffy, Assistant United States Attorney, 915 Lafayette Boulevard, Bridgeport, CT, 06604, on this 26th day of June, 2008.

Sarah A. L. Merriam