NOTICE OF APPEAL

**FILED**

\* \* \* \* \* \* \* \* \* \*

2008 JUN -2 P 12: 27

UNITED STATES DISTRICT COURT
FOR THE
_____DISTRICT OF__CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

<u>Clinton Cox</u>,
Petitioner

vs.

<u>United States</u>
of America,
Respondent

NOTICE OF APPEAL

<u>3:00-cr-00069(AHN)</u>
Docket No.

Notice is hereby given that _____<u>CLINTON COX</u>_____
(party)

hereby appeals to the United States Court of Appeals for the .2nd   Circuit from the decision (describe it): **That his Motion for a Reduction of Sentence was <u>denied</u>. (i.e. 18 U.S.C. § 3582(c)(2)).**

entered in this action on the _12_ day of ____May____, 20_08_ .

_____
Signature

<u>Clinton Cox</u>
Printed Name

<u>U.S.P. Lewisburg, P.O. Box 1000</u>
Address

<u>Lewisburg, PA. 17837</u>

Date: <u>25 May 2008</u>