Clinton Cox
USM# 13883-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

FILED

2008 AUG 25 P 3: 08

U.S. DISTRICT COURT
BRIDGEPORT, CT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLINTON COX, ) | |
| ) | |
| Petitioner, ) | |
| ) Crim No. 3:00-CR-069 (AHN) | |
| Vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF MOTION FOR SETTING**

PLEASE TAKE NOTICE THAT on September _22_, 2008, or as soon thereafter as the matter may be heard, Petitioner in the above captioned cause respectfully requests this Honorable Court to place on the Court's docket for preliminary screening Mr. Cox's Motion for Relief From Judgment Under 28 U.S.C. § 1651 and Federal Rule of Civil Procedure 60(b) filed on June 23, 2008 and thereafter issue an Order for the Assistant United States Attorney assigned to this case to file a rejoinder within 20-days of the Court's Order and otherwise adjudicate this matter based on the records and files of this case, The Supreme Court's intervening decision in Watson v. United States, 552 U.S. ___, 128 S.Ct. ___, 169 L.Ed. 2d 472 (2007), and the interests of justice before the Honorable Alan H. Nevas in his courtroom located at the United States District Courthouse 915 Lafayette Blvd., in Bridgeport Connecticut 06604.

Dated on this _19_ day of August, 2008

_____
Clinton Cox

## CERTIFICATE OF SERVICE

I, Clinton Cox, the Petitioner in this case do hereby certify that I have served a true and correct copy of the attached Notice of Motion for Setting upon opposing counsel as follows:

William Brown, Jr.
Assist. U.S. Attorney
District of Connecticut
915 Lafeyette Blvd., Rm 309
Bridgeport, CT 06604

which is deemed filed at the time it was delivered to prison authorities for fowarding to the Court pursuant to Houston v. Lack, 487 U.S. 266 (1988) by placing same in sealed, postage prepaid first class envelope and deposited in the "Prisoner Legal Mail System" at the United States Penitenitentiary on this ____ day of Agust, 2008.

_____
Clinton Cox