# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED 2008 SEP -2 P 4: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | APPEARANCE |
| v. | CASE NO.: 3:00CR00069(AHN) |
| CLINTON COX | |

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for:

CLINTON COX, *pro se*

Date: __8, 25__, 2008

Bar No.: *NA*

_____
Signature

Clinton Cox
Print Name

Pro Se, Register #13883-014
Firm Name

U.S. Penitentiary, P.O. Box 1000
Address

Lewisburg, PA          17837
City        State      Zip Code

_____
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___8, 25___, 2008, a copy of the foregoing Notice of Appearance was sent by United States Mail to Assistant United States Attorney William Brown, 915 Lafayette Boulevard, Bridgeport, CT, 06604.

_____
Clinton Cox