# M⧫NDATE



### UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Caption [use short title]**

Docket Number(s): ___08-2830-CR___

**USA v. COX**

**Motion for:** ___Stipulation of Voluntary Dismissal of Appeal___

Set forth below precise, complete statement of relief sought:

Parties stipulate to dismissal of appeal

[FILED stamp: UNITED STATES COURT OF APPEALS / FILED / AUG 18 2008 / Catherine O'Hagan Wolfe, Clerk / SECOND CIRCUIT]

**MOVING PARTY:** ___Clinton Cox___

**OPPOSING PARTY:** United States of America

- ☐ Plaintiff          ☒ Defendant
- ☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah A. L. Merriam, Asst. Federal Defender
[name of attorney, with firm, address, phone number and e-mail]

Office of the Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
(203) 498-4200
sarah_merriam@fd.org

**OPPOSING ATTORNEY:** William Brown, Asst. U.S. Attorney
[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, CT  06604
(203) 696-3000
Wiliam.M.Brown@usdoj.gov

Court-Judge/Agency appealed from: The Honorable Alan H. Nevas, Senior United States District Judge for the District of Connecticut

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?     X Yes  ☐ No
B. been obtained?    X Yes  ☐ No

Is **oral argument** requested?    ☐ Yes  X No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?    ☐ Yes  X No
If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?    ☐ Yes  ☐ No

Has this relief been previously sought
in this Court?    ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:

_____  **Date:** __August 15, 2008__

Has **service** been effected?    X Yes  ☐ No
[Attach proof of service]

### ORDER

**IT IS HEREBY ORDERED THAT** the motion is (GRANTED)    **DENIED.**

*Pursuant to the stipulation signed by counsel for both parties, the appeal is dismissed out with prejudice.*

[FILED stamp: UNITED STATES COURT OF APPEALS / FILED / AUG 27 2008 / Catherine O'Hagan Wolfe, Clerk / SECOND CIRCUIT]

**Date:** _____

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: _Joy Fallek_
Joy Fallek, Administrative Attorney

**A TRUE COPY**
**Catherine O'Hagan Wolfe, Clerk**

by _Yvonne Taylor_

CERTIFIED:   9/2/08